# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Patrick O' Brien, (DOB: XXXXXXXXX)<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) Case: 1:23-mj-00001<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 1/4/2023<br>Description: Complaint W/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendants violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct on Capitol Grounds; |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Stephanie Fillinger, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 1/4/2023

*Judge's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*